UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LAMAR BLANTON, | 1:05-cv-00001-REC-DLB-HC |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 19) |
| v. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER** (Doc. 17) |
| PAUL M. SCHULTZ, Warden, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On April 15, 2005, the Magistrate Judge filed a Report and Recommendation that Petitioner's motion for a preliminary injunction and/or temporary restraining order be DENIED. This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On April 27, 2005, Petitioner filed objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's

1 objections, the Court concludes that the Magistrate Judge's Report
2 and Recommendation is supported by the record and proper analysis.
3 Petitioner's objections present no grounds for questioning the
4 Magistrate Judge's analysis.
5     Accordingly, IT IS HEREBY ORDERED that:
6     1.   The Report and Recommendation, filed April 15, 2005, is
7 ADOPTED IN FULL; and,
8     2.   Plaintiff's motion for a preliminary injunction and/or
9 temporary restraining order, filed March 29, 2005, is DENIED.
10 IT IS SO ORDERED.
11 **Dated: May 31, 2005**                      **/s/ Robert E. Coyle**
   668554                                        UNITED STATES DISTRICT JUDGE