UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYAN L. BLANTON, | ) | 1:05-CV-00001-REC-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDING AND** |
| | ) | **RECOMMENDATIONS** (Doc. 23) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| PAUL M. SCHULTZ, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
|     Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On December 22, 2005, the Magistrate Judge filed a Finding and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED as it does not allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241. This Finding and Recommendations was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On January 10, 2006, Petitioner filed objections to the Finding and Recommendations.

//

/

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Finding and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Finding and Recommendations, filed December 22, 2005, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED as it does not allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241; and,

3. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:  February 10, 2006**            /s/ Robert E. Coyle
668554                        UNITED STATES DISTRICT JUDGE